**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Zero Energy Contracting, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 30-0687331 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 13850 Cerritos Corporate Drive | |
| Number       Street | Number       Street |
| | P.O. Box |
| Cerritos          CA       90703 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number       Street |
| | |
| | City              State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | http://zeroenergyco.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding  LLP) ☐ Other. Specify: _____ |

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

236118

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

      District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                          MM / DD / YYYY

      Case number, if known _____

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/08/2018
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

PAUL HANSON
Printed name

Title CEO

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 03/08/2018
MM / DD / YYYY

Devin Sreecharana
Printed name

May Potenza Baran & Gillespie P.C.
Firm name

201 North Central Avenue 22nd Floor
Number        Street

Phoenix                         AZ        85004-0608
City                            State     ZIP Code

6235527155                      devin@maypotenza.com
Contact phone                   Email address

286763                          CA
Bar number                      State

---

A.M. Painting Co.
1305 Masser Place #1
Montebello, CA


ADR Services, Inc
1900 Avenue of the Stars
Suite 200
Los Angeles, CA 90067


AEE Solar - Altus Global Trade Solutions
Inc
2400 Verteran Memorial Blvd.
Suite 300
Los Angeles, CA 90067


AGS  Safety & Supply
PO Box 29490
Phoenix, AZ 85038


ARR Air Conditioning Inc.
521 S Alameda St Unit C
Compton, CA 90220


Action Air Conditioning Heating & Solar
2750 S Santa Fe Ave
San Marcos, CA 92069

Ada Ormsby
5052 Meadow Wood Avenue
Lakewood, CA 90712


Add Insulation
104 S. Maple Street
Corona, CA 92880-1704


Affordable Solar
4840 Pan American East Fwy NE
Albuquerque, NM 87109


Alcal Specialty Contracting, Inc
1614 Marlborough Ave
Riverside, CA 92507


Alejandra Gollas
22121 Lanark St
Canoga Park, CA 91304


Alex Manning
6027 Burnwood Avenue
Los Angeles, CA 90042


Alex Reid
4341 Cedarhurst Circle
Los Angeles, CA 90027

Alfredo Alvidrez
6172 Lincoln Ave
Cypress, CA 90630


Alliance Construction DBA RRD Inc
214 East California Street
Ontario, CA 91761


Alliance Environmental Group, Inc
990 W. 10th St
Azusa, CA 91702


Alvin Ramos
1814 Bauer Dr
West Covina, CA 91792


Alvin Walker
2010 Fern Hollow Dr
Diamond Bar, CA 91765


American Construction & Development
P.O. Box 566
La Quinta, CA 92253


American Express
P.O.Box 53800
Wilmington, DE 19899-8802

Ana Chavira
10603 Horton Avenue
Downey, CA 90241


Andrew Brown
721 Burnt Mills Court
Silver Spring, MD 20901


Angelo Farrel
504 S. Curtis Ave
Alhambra, CA 91803


Anixter Tri-Ed Distribution
P.O Box 847428
Dallas, TX 75284-7428


Anselmo Rios-Perez
165 E 68th Street
Los Angeles, CA 90003


Anthony Muniz
9718 Hamden St
Pico Rivera, CA 90660


Antonino Franco
3060 Madison Ave Apt D37
Fullerton, CA 92831

Antonio Alcantar
1629 Greenwich Rd
San Dimas, CA 91773


Artesia Glass Windows
2790 Martin Luther King Jr Blvd
Lynwood, CA 90262


Arthur Langton
7435 Lena Ave
West Hills, CA 91307


BRIGHT BULBS ELECTRIC CO INC
1616 E Francis St
STE L
Los Angeles, CA 91671


Backtrack
8850 Tyler Blvd
Mentor, OH 44060


Bank of America
Doc Retention - GCF, CT2-515-BB-03
70 Batterson Park Road
Farmington, CT 06032

Bank of America
P.O Box 15731
Wilmington, DE 19886


Barbara Dickey
5443 Cerritos Ave
Long Beach, CA 90805


Barclays Bank Delware
P.O. Box 8802
Wilmington, DE 19899-8802


Barry Krutchik
21510 Marchena Street
Woodland Hills, CA 91634


Beatrice Urioste
4874 Avoca St
Los Angeles, CA 90041


Benny Wong
409 Mercedes Ave
Pasadena, CA 91107


Better Business Bureau
1112 S. Bascom Ave.
San Jose, CA 95128-3507

Bill Winchester
2650 South Parkside Drive
Ontario, CA 91761


Bo Kim
1919 W Coronet Ave Spc 31
Anaheim, CA 92801


Bradley Comyns
3555 W Greentree Cir Apt A
Anaheim, CA 92804


Brandon Ferguson
22654 Collins St
Woodland Hills, CA 91367


Breanna Medina
7118 Blossom Court
Pico Rivera, CA 90660


Brenda Urtez
3612 Arabella St
Long Beach, CA 90805


Brendan Ganch
1119 N Keystone St
Burbank, CA 91506

California Energy Solutions, Inc
21722 Verne Ave
Hawaiian Gardens, CA 90716


Calmet
PO Box 227
Paramount, CA 90723


Capital One
P.O. Box 60599
Sioux Falls, SD 57117


Cara Lunsford
5616 Mammoth Ave
Van Nuys, CA 91401


Carlos Garcia
1361 El Camino Real #303
Tustin, CA 92780


Carlos Garcia
9020 Priscilla St
Downey, CA 90242


Celia Lopez
11850 161st St
Downey, CA 90242

Chase
P.O. Box 94014
Palatine, IL 60094


Chase - Southwest
P.O. Box 15123
Wilmington, DE 19850


Cheap-Batteries.com


Ching Leung
903 Bilton Way
San Gabriel, CA 91776


Christian Barahona
194 E South St
Long Beach, CA 90805


Christianson Goens PLC
8161 E. Indian Bend Road
Suite 103
Scottsdale, AZ 85250


Christina Villanueva

Christine Martinez
10901 See Drive
Whittier, CA 90606


Christopher Atlas
1524 Stanford St
Unit A
Santa Monica, CA 90404


Christopher Roy


Cindy Barrios
5144 Range View Ave
Los Angeles, CA 90042


Citibank Visa
PO Box 6500
Sioux Falls, SD 57117


Collective Printing and Marketing, LLC
2103 E Cedar Street
Suite 5
Tempe, AZ 85281


Complete Business Marketing
29910 Murrieta Hot Springs G238
Murrieta, CA 92563

Complete Printing Solutions
11925 Los Nietos Road
Santa Fe Springs, CA 90670


Consolidated Electrical Distributors, Inc.
P.O. Box 339
Rancho Cucamonga, CA 91729


Corinne Combs
17312 Haynes St
Van Nuys, CA 91406


Cynthia Ortega
13819 Premiere Ave
Bellflower, CA 90706


DMV
P.O. Box 942894
Sacramento, CA 94294-0894


Darlene Simpson
651 West Avenue J 10
Lancaster, CA 93534


Dave Milot
5618  Pepperwood Ave
Lakewood, CA 90712

Dave Parker
7840 East Ritchie Street
Long Beach, CA 90808


David Hofseth
22 Morning Dove
Irvine, CA 92604


David Perzynski
2174 Sea Ridge Drive
Long Beach, CA 90755


David Ruiz
16301 Butterfield Ranch Rd
Unit11302
Chino Hills, CA 91709


Dayna Lingner
3699 Barnard Dr
Apt 733
Oceanside, CA 92056


Debra Carreon
1450 Burrero Way
Corona, CA 92882

Desert Schools Federal Credit Union
P.O. Box 790408
Wyanet, IL 61379


Devon Lanni
7011 El Dorado Ave Unit D
Buena Park, CA 90620


Donald Craig Smith
1716 Pennyroyal Lane
Santa Rosa, CA 95404


Donald Smith
1716 Penny Royal Lane
Santa Rosa, CA 95404


ECO MODE HOMES.
4615 Sunnyslope Ave
Sherman Oaks, CA 91423


ERE Inspections
PO Box 67
Redondo Beach, CA 90277


Ellen Senegal
1317 South Whitemarsh Ave
Compton, CA 90220

Envirogreen Windows & Doors
1818 Flower Ave
Duarte, CA 91010


Eric Ingersoll-Crossman


Erick A. Altman
13123 Rose Ave
Los Angeles, CA 90066


Erika Romero
4207 E 54th St
Maywood, CA 90270


Erin Waldren
3521 Claremore Ave
Long Beach, CA 90808


EscPros LLC
9037 Arrow Rte., Ste 100
Rancho Cucamonga, CA 91730


Esperanza Sa;dana
12537 Wright Road
Lynwood, CA 90262

FERGUSON ENTERPRISES INC #1183
2750 SOUTH TOWNE AVE
POMONA, CA 91766-6205


FedEx
P.O. BOX 7221
Pasadena, CA 91109-7321


Franklin Patton
700 W 28th St.
Los Angeles, CA 90007


Freshair Environmental Services, Inc.
10675 Rush Street
South El Monte, CA 91733


Gary Woodcock
1233 West Hollowell Street
Ontario, CA 91762


Gerald L. Suk
12219 N Chama Dr
Fountain Hills, AZ 85268


Gift of Time
1736 Port Abbey
Newport Beach, CA 92660

Harrison Black


Hector Colon Jr.
992 Fremont St
Pomona, CA 91766


Hector Ilescas
P.O. Box 292940
Phelan, CA 92371


Heliodyne Corp
4910 Seaport Avenue
Richmond, CA 94804


Hernandez Lath & Plastering
1126 Gale St
Escondido, CA 92027


Home Depot
P.O. Box 790420
Saint Louis, MO 63179


Hool Coury Law, Plc
2398 East Camelback Road
Suite 1020
Phoenix, AZ 85016

Hop Luu
9302 Stanford Avenue
Garden Grove, CA 92841


IRS
PO Box 249
Cincinnati, OH 45999-0039


Image 2000
26037 Huntington Lane
Valencia, CA 91355


In Wave
30220 Silver Ridge Court
Temecula, CA 92591


Irma Mendez
2331 Addison Way
Los Angeles, CA 90041


Isis Kangas
10101 Gaviota Ave
Los Angeles, CA 90041


J.L. Ray Company, Inc
103 W Escalones
San Clemente, CA 92672

Jack Smith
1346 Crescent Wood Loop
Lakeland, FL 33813


Jade Johnson
340 W 33rd St
San Pedro, CA 90731


Janet Jackson
505 El Centro Street
South Pasadena, CA 91030


Jared Griner
7481 Edinger Ave #414
Huntington Beach, CA 92647


Jaron Raab
7057 Lanewood Ave Apt 202
Los Angeles, CA 90028


Jenna Lavin
2570 Sidon Ave
La Habra, CA 90631


Jennifer Singh
137 E 61st St
Los Angeles, CA 90003

Jerome Droll
201 Indianapolis Ave
Huntington Beach, CA 92648


Jessica Ortega
13819 Premiere Ave
Bellflower, CA 90706


Jhamahl Taylor
1231 E Michelle St
West Covina, CA 91790


Jimmy's Construction Co
3739 E 15th Street
Long Beach, CA 90804


Jin Byon
13601 E. Whittier Blvd
Suite 205
Whittier, CA 90605


Joan Goulding
1749 Oakdale St
Pasadena, CA 91107


John Dittenhoefer
PO Box 1424
Nipomo, CA 93444

John Graham
6539 Cleomoore Ave
West Hills, CA 91307


John Hopkinson
1863 Candle Lane
El Cajon, CA 92019


John Palma
13809 Lobelia Way
Hesperia, CA 92344


Jonathan Rosales
Jonathan Rosales
P.O. Box 6033
Columbia, MD 21045


Jose Carmona
11101 El Rey Drive
Whittier, CA 90606


Joseph Ahern
13045 Blodgett Ave
Downey, CA 90242


Joseph Edwards
802 Knovill Ave #802
Huntington Beach, CA 92648

Joseph Power
1833 Peninsula Pl
Costa Mesa, CA 92627


Joyce Fleming
1424 Zeiss St
Oceanside, CA 92058


Juan Barajas
369 Conlon Ave
La Puente, CA 91744


Juan Villalobos


Julie Rounds
1750 Stanley Avenue
Placentia, CA 92870


Kaiser Permanente
File 5915
Los Angeles, CA 90074-5915


Keith Malone
3766 Latrobe Street
Los Angeles, CA 90031

Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178


Kenneth D. Arnold & Associates
13521 Telegraph Rd Suite A
Whittier, CA 90605


Kenneth Uy
10055 Woodley Ave
North Hills, CA 91343


Kichman Engineering Associates
103 Old Furnace Road
Lebanon, PA 17042


Kimberly Webb
748 Miramar Drive
Fullerton, CA 92831


Kings Cash Group
Attn: Underwriting
30 Broad Street, Suite 1201
New York, NJ 10004


Kristopher Bullard
1126 East  Rustic Roaf
Escondido, CA 92025

Kyrielle Wilson
10916 Cord Ave
Downey, CA 90241


Lendr.online, LLC d/b/a/ Lendr, LLC
153 West Ohio
Chicago, IL 60654


Letha Alexander (Samuel Alexander)
625 E. Jackson St
Pasadena, CA 91104


Liane Marciel
6130 Strickland Avenue
Los Angeles, CA 90042


Lily Meryash
9901 W. Washington Blvd
Apt 614
Los Angeles, CA 90049


Lloyd Harris
13529 Christian Barrett Drive
Moorpark, CA 93021


Lori Bosi
1511 Oak Grove Drive
Los Angeles, CA 90041

Luis Baez
118 East Platt Street
Long Beach, CA 90805


M.E.I. Construction
22428 De Soto St
Grand Terrace, CA 92313


MOSS-ADAMS LLP
P.O. Box 101822
Pasadena, CA 91189-1822


Madelyn Burns
757 S Armel Dr
Covina, CA 91723


Manuel Ortega
1504 Simplicity
Irvine, CA 92620


Maria Aguilar
7208 El Dorado Dr
Buena Park, CA 90620


Maria Atkinson
1315 N Elmira St
Anaheim, CA 92801

Maria Marker
13085 Cozzens Avenue
Chino, CA 91710


Marie Leon


Mark Fetter
10316 Chaney Ave
Downey, CA 90241


Martha Lopez
1856 West Broadway
Anaheim, CA 92804


Mary Forrest
16714 Morrison St
Encino, CA 91436


Marylin Thompson
7977 Broadleaf Ave
Panorama City, CA 91402


Maurice Berry
1711 N Greengrove St
Orange, CA 92865

Melanie Quijada
855 E Via Wanda
Long Beach, CA 90805


Meline Akashian
1028 Glenmere Road
Vista, CA 92084


Michael Dilla
1107 Le Gray Avenue
Los Angeles, CA 90045


Michael Grosser
12012 209th Street
Lakewood, CA 90715


Michael Rodgers
7224 Leighton Drive
Corona, CA 92880


Michiko Sakimoto
3947 Lewis Avenue
Long Beach, CA 90807


Mike Macias
1344  Gulf Ave
Wilmington, CA 90744

Mike Murphy
5009 River Ave
Newport Beach, CA 92663


Minerva Tamayo
7672 El Redondo Circle
Buena Park, CA 90620


Montes Trees Service, Inc.
720 Orchard Pl
La Habra, CA 90631


Myers Electric Co.
425 W La Cadena
Riverside, CA 92501


National Benefit Services
8523 S. Redwood Rd
West Jordan, UT 84088


Nicole Hernandez
9437 Friendly Woods Lane
Whittier, CA 90605


Nopprot Pantiyanurak
20290 E Arrow Hwy Apt A
Covina, CA 91724

Nora Recinto
5439 Briercrest Avenue
Lakewood, CA 90713


Offshore Construction
34281 Doheny Park Rd 2543
Capistrano Beach, CA 92624


One LLP
4000 MacArthur Blvd
Newport Beach, CA 92660


Osvaldo Valerio
9354 Felipe Avenue
Montclair, CA 91763


P.W. Stephens Environmental, Inc.
15201 Pipeline Lane Ste B
Huntington Beach, CA 92649


POWER-TEK ELECTRIC
2040 Emerald Way
Monterey Park, CA 91755


Paredes Proyects Construction
15510 Hayter Avenue
Paramount, CA 90723

Patrick J Sweeting
1515 E Katella Ave #3163
Anaheim, CA 92805


Patriot Environmental Lab Services, Inc
1041 S Placentia Ave
Fullerton, CA 92831


Paul Hanson
9801 Jamaica Circle
Huntington Beach, CA 92674


Paul Matta
21181 Pala Foxia Place
Moreno Valley, CA 92557


Paul Pucci
5800 Hamner Ave. SPC#642
Mira Loma, CA 91752


Paychex Corporate Headquarters
911 Panorama Trail S.
Rochester, NY 14625


Permit Runner
9880 N Magnolia Ave #119
Santee, CA 92071

Personal Energy Finance , Inc
15073 Avenue of Science
San Diego, CA 92128


Plasmid Media, LLC
3597 E Monarch Sky Ln
Suite F-240
Meridian, ID 83646


ProMaterials Direct
4938 South Atlanta Rd Suite 600
Atlanta, GA 30339


Project Eco
8170 Ronson Rd., Ste A
San Diego, CA 92111


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Pure Health Solutions Inc
P.O Box 742647
Cincinnati, OH


RC Roofing Company
9364 Lubec Street
Downey, CA 90240

RPW Services Inc
PO Box 2342
Fullerton, CA 92837


Ralph Norris Lozano
34586 Camino Capistrano
Capistrano Beach, CA 92624


Randall Riedel
213 Forrester Rd
Los Gatos, CA 95032


Raymond Martinez
1417 Granger Ave
Escondido, CA 92027


ReneSola
304 S. Jones Blvd.
Ste 1880
Las Vegas, NV 89107


Rex Downing
3374 33rd Street
San Diego, CA 92104


Ricardo Hart
2420 S. Park Ave
Pomona, CA 91766

Richard Kim Construction
3209 Lynwood Road
Lynwood, CA 90262


Robert Attianese
65 Meadow Valley
Irvine, CA 92602


Robert Zive
15532 Wilson Street
Midway City, CA 92655


Roberto Sandoval
1148 Stanley Ave, Apt 5
Long Beach, CA 90804


Rochelle Reese
326 Gay St
Corona, CA 92879


Ron Schweitzer
4138 N Lyman Ave
Covina, CA 91724


Rosalba Manzo
12132 Robert Lane
Garden Grove, CA 92840

Ryan Hohman
5876 S Hatton Circle
Salt Lake City, UT 84107


Ryan Prendergast
3121 Carter Ave
Marina Del Rey, CA 90292


S & W Roofing Corporation
15428 Elmcroft Ave
Norwalk, CA 90650


S&M Cleaning Services
9441 Via Amorita
Downey, CA 90241


SIERRA ROOF INC.
P.O. BOX 3189
Anaheim, CA 92803


Sandra Partida
10620 S Burl Ave
Inglewood, CA 90304


Seabreeze Siding Window Company
1801 N. Orangethorpe Park
Anaheim, CA 92801

Shelly Robertson
4440  Falcon Ave
Long Beach, CA 90807


Smart Circle International, LLC
4490 Von Karman Ave
Newport Beach, CA 92660


Smart Systems Technologies
Incorporated
9 Goodyear
Irvine, CA 92618


Southern California Edison
P.O. Box 300
Rosemead, CA 91772


Spectrum Enterpise
Box 223085
Pittsburgh, PA 15251-2085


Sphinx Security Services, INC
10642 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025


Spirit
P.O. Box 4181
Carol Stream, IL 60197

Spying Eye Surveillance, Inc
4724 N Peck Rd.
Suite A
El Monte, CA 91732


Starr Johnson
4546 W 16th Pl
Los Angeles, CA 90019


Stephen Brennick
400 N. Chapel Ave
Apt 211
Alhambra, CA 91801


Strength Ocean
260 Cagney Lane
Unit 202
Newport Beach, CA 92663


Structural Materials
1201 E McFadden Ave
Santa Ana, CA 92705


SupplyWorks
PO Box 742440
Los Angeles, CA 90074-2440

TPX Communication
515 S. Flower St.
45th Floor
Los Angeles, CA 90071


TelePacific Communications
PO Box 509013
San Diego, CA 92150-9013


Terry Grout
1106 South Wilson Drive
West Covina, CA 91791


The Core Group
4040 MacArthur Blvd Suite 210
Newport Beach, CA 92662


Time To Hire Corporation
1420 NW Gilman Blvd
Issaquah, WA 98027


Towally J Marpel
13570 Del Sur Street
San Fernando, CA 91340


Trademark-DB Corp
2100 M St NW, Ste 170, #330
Washington, DC 20037

Tyler Souza
1217 N Armel Dr
Covina, CA 91722


Verengo Solar
13825 Cerritos Corporate Dr Suite B
Cerritos, CA 90703


Verizon
P.O. Box 660108
Dallas, TX 75266


Walter Esseling
13019 Sunnybrook Ln
La Mirada, CA 90638


Wendy Johnson
1652 Garland Avenue
Tustin, CA 92780


Wiegel, Szekel and Frisby
500 N State College Blvd Suite 1110
Orange, CA 92868


Xavier Rodriguez
2425 W Hall Ave
Santa Ana, CA 92704

Zhao Cao
1851 Heidleman Road
Los Angeles, CA 90032

United States Bankruptcy Court

Central District of California

In re:  Zero Energy Contracting, Inc.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/08/2018_____

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor