**Fill in this information to identify the case:**

Debtor name  Zero Energy Contracting, Inc.

United States Bankruptcy Court for the: Central _____ District of CA
                                                              (State)

Case number (if known):  2:18-bk-12552 _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... $ _____ 697,686.52

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................................................... $ _____ 697,686.52

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................ $ _____ 1,604,822.75

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................................. $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................... + $ _____

4. **Total liabilities**...................................................................................................................................... $ _____ 1,604,822.75
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Zero Energy Contracting, Inc.

United States Bankruptcy Court for the:  Central  District of  CA
(State)

Case number (if known):  2:18-bk-12552

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**

   $                    0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Bank of America | Checking | __ __ __ __ | $        15,000.00 |
| 3.2. | | __ __ __ __ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
| --- | --- |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $        15,000.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Refundable rent deposits | $        15,512.21 |
| --- | --- |
| 7.2. | $ |

Debtor    Zero Energy Contracting, Inc.
_____Name_____    Case number (if known) 2:18-bk-12552

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Insurance/Subscription/Legal Prepayments _____ $_____40,151.59

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____55,663.80

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    167,901.16 _____ – _____ = ......→    $_____167,901.16
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ......→    $_____
                         face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____167,901.16

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. Aspen Automation, LLC _____    __19__ %    Cash_____    $_____190.00

15.2. _____    _____ %    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____190.00

---

Debtor ___Zero Energy Contracting, Inc._____     Case number (if known)__2:18-bk-12552_____
     <sub>Name</sub>

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Mat. for Solar and Home Perform | 03/22/18 MM / DD / YYYY | $_____ | _____ | $_____98,351.33 |
| 20. **Work in progress** _____ | MM / DD / YYYY | $_____ | | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | $_____ | | $_____ |
| 22. **Other inventory or supplies** _____ | MM / DD / YYYY | $_____ | | $_____ |

23. **Total of Part 5**      $_____98,351.33
   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☑ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

---

Debtor    Zero Energy Contracting, Inc.    Case number (if known) 2:18-bk-12552
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 68,146.54 | _____ | $ 68,146.54 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 68,146.54

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Zero Energy Contracting, Inc.
          _____
          Name

Case number (if known) 2:18-bk-12552

---

**Part 8:    Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2011 Mercedes Sprinter 250 Vin #9544 | $_____ | _____ | $    7,497.84 |
| 47.2 2010 Mercedes Sprinter 250 Vin #3680 | $_____ | _____ | $    7,497.84 |
| 47.3 2010 Mercedes Sprinter 250 Vin #6596 | $_____ | _____ | $    7,497.84 |
| 47.4 2016 Ford F150 Trucks Vin#1431 Vin# 6148 | $_____ | _____ | $   38,342.84 |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    60,836.36

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

Debtor _____Zero Energy Contracting, Inc._____    Case number (if known)_2:18-bk-12552_____
             Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Lease | N/A | $_____ | N/A | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>zeroenergyco.com | $_____ | N/A | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>Work in progress | $_____ | _____ | $_____231,597.33 |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____231,597.33

Debtor    Zero Energy Contracting, Inc.
_____
         Name

Case number (if known) 2:18-bk-12552 _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____    _____    _____    = →    $ _____
                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____
                                                  Tax year _____    $ _____

73. **Interests in insurance policies or annuities**
_____
                                                                          $ _____

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**
_____
                                                                          $ _____
**Nature of claim**    _____
**Amount requested**    $ _____

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
Gerald Suk, et al. v. Zero Energy Contracting, et al.                      $ _____
**Nature of claim**    contract action
**Amount requested**    $___N/A_____

76. **Trusts, equitable or future interests in property**
_____
                                                                          $ _____

77. **Other property of any kind not already listed**  Examples: Season tickets,
country club membership
_____                            $ _____
_____                            $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                        $          0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    Zero Energy Contracting, Inc.
          _____
          Name

Case number (if known) 2:18-bk-12552

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 15,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 55,663.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 167,901.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 190.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 98,351.33 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 68,146.54 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 60,836.36 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 231,597.33 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 697,686.52 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................ $ 697,686.52

**Fill in this information to identify the case:**

Debtor name    Zero Energy Contracting, Inc.

United States Bankruptcy Court for the:    Central District of California of _____
                                                                            (State)

Case number (If known):    2:18-bk-12552

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Bank of America | Describe debtor's property that is subject to a lien<br>UCC-1 on personal property | $ 682,782.90 | $ 697,686.52 |
| Creditor's mailing address<br>Doc Retention - GCF, CT2-515-BB-03<br>70 Batterson Park Road, Farmington, CT 0: | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Date debt was incurred _____<br>Last 4 digits of account number _____ | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Creditor's name<br>Jerry Suk | Describe debtor's property that is subject to a lien<br>Shares | $539,769.35 | $0.00 |
| Creditor's mailing address<br>12219 N. Charma Dr.<br>Fountain Hills, AZ 85268 | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Date debt was incurred _____<br>Last 4 digits of account number _____ | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,683,392.10

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 1:**     **Additional Page**

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Mike Murphy

Creditor's mailing address

5009 River Ave
Newport Beach, CA 92663

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

 ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Shares

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $460,839.85     Column B: $0.00

---

**2._** Creditor's name

Creditor's mailing address

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

 ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____     Column B: $_____

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Zero Energy Contracting, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 2:18-bk-12552 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ | | $ _____ |
| Date or dates debt was incurred <br><br> _____ | | | |
| Last 4 digits of account number _____ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ | | $ _____ |
| Date or dates debt was incurred <br><br> _____ | | | |
| Last 4 digits of account number _____ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ | | $ _____ |
| Date or dates debt was incurred <br><br> _____ | | | |
| Last 4 digits of account number _____ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* 2:18-bk-12552 |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A.M. Painting Co.
1305 Masser Place #1
Montebello, CA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 16,365.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Action Air Conditioning Heating & Solar
2750 S Santa Fe Ave

San Marcos, CA, 92069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Ada Ormsby
5052 Meadow Wood Avenue
Lakewood, CA, 90712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Add Insulation
104 S. Maple Street
Corona, CA, 92880-1704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
ADR Services, Inc
1900 Avenue of the Stars
Suite 200
Los Angeles, CA, 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 18,032.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
AEE Solar - Altus Global Trade Solutions Inc
2400 Verteran Memorial Blvd.
Suite 300
Los Angeles, CA, 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Zero Energy Contracting, Inc.
_____    Case number (if known) 2:18-bk-12552 _____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___7** **Nonpriority creditor's name and mailing address**

Affordable Solar
4840 Pan American East Fwy NE
Albuquerque, NM, 87109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204,064.73

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.___8** **Nonpriority creditor's name and mailing address**

AGS  Safety & Supply
PO Box 29490
Phoenix, AZ, 85038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.___9** **Nonpriority creditor's name and mailing address**

Alcal Specialty Contracting, Inc
1614 Marlborough Ave
Riverside, CA, 92507

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125,687.23

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.___10** **Nonpriority creditor's name and mailing address**

Alejandra Gollas
22121 Lanark St
Canoga Park, CA, 91304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.___11** **Nonpriority creditor's name and mailing address**

Alex Manning
6027 Burnwood Avenue

Los Angeles, CA, 90042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Zero Energy Contracting, Inc.    Case number (if known) 2:18-bk-12552
_____
Name

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 12    Nonpriority creditor's name and mailing address

Alex Reid
4341 Cedarhurst Circle
Los Angeles, CA, 90027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,800.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 13    Nonpriority creditor's name and mailing address

Alfredo Alvidrez
6172 Lincoln Ave
Cypress, CA, 90630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 14    Nonpriority creditor's name and mailing address

Alliance Construction DBA RRD Inc
214 East California Street
Ontario, CA, 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 15    Nonpriority creditor's name and mailing address

Alliance Environmental Group, Inc
990 W. 10th St
Azusa, CA, 91702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 16    Nonpriority creditor's name and mailing address

Alvin Ramos
1814 Bauer Dr

West Covina, CA, 91792

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 792.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.‾17‾** Nonpriority creditor's name and mailing address

Alvin Walker
2010 Fern Hollow Dr

Diamond Bar, CA, 91765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,390.29

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.‾18‾** Nonpriority creditor's name and mailing address

American Construction & Development
P.O. Box 566
La Quinta, CA, 92253

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.‾19‾** Nonpriority creditor's name and mailing address

American Express
P.O.Box 53800

Wilmington, DE, 19899-8802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,635.40

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.‾20‾** Nonpriority creditor's name and mailing address

Ana Chavira
10603 Horton Avenue
Downey, CA, 90241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 600.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.‾21‾** Nonpriority creditor's name and mailing address

Andrew Brown
721 Burnt Mills Court

Silver Spring, MD, 20901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22**   Nonpriority creditor's name and mailing address

Angelo Farrel
504 S. Curtis Ave
Alhambra, CA, 91803

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.23**   Nonpriority creditor's name and mailing address

Anixter Tri-Ed Distribution
P.O Box 847428
Dallas, TX, 75284-7428

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.24**   Nonpriority creditor's name and mailing address

Anselmo Rios-Perez
165 E 68th Street
Los Angeles, CA, 90003

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.25**   Nonpriority creditor's name and mailing address

Anthony Muniz
9718 Hamden St
Pico Rivera, CA, 90660

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,625.00

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.26**   Nonpriority creditor's name and mailing address

Antonino Franco
3060 Madison Ave Apt D37
Fullerton, CA, 92831

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.27** Nonpriority creditor's name and mailing address

Antonio Alcantar
1629 Greenwich Rd

San Dimas, CA, 91773

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,616.25

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.28** Nonpriority creditor's name and mailing address

ARR Air Conditioning Inc.
521 S Alameda St Unit C
Compton, CA, 90220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.29** Nonpriority creditor's name and mailing address

Artesia Glass Windows
2790 Martin Luther King Jr Blvd
Lynwood, CA, 90262

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.30** Nonpriority creditor's name and mailing address

Arthur Langton
7435 Lena Ave
West Hills, CA, 91307

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,018.50

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.31** Nonpriority creditor's name and mailing address

Backtrack
8850 Tyler Blvd

Mentor, OH, 44060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.³²** Nonpriority creditor's name and mailing address

Bank of America
P.O Box 15731

Wilmington, DE, 19886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104,045.30

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.³³** Nonpriority creditor's name and mailing address

Barbara Dickey
5443 Cerritos Ave
Long Beach, CA, 90805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,890.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.³⁴** Nonpriority creditor's name and mailing address

Barclays Bank Delware
P.O. Box 8802
Wilmington, DE, 19899-8802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,898.53

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.³⁵** Nonpriority creditor's name and mailing address

Barry Krutchik
21510 Marchena Street

Woodland Hills, CA, 91634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,200.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.³⁶** Nonpriority creditor's name and mailing address

Beatrice Urioste
4874 Avoca St
Los Angeles, CA, 90041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 580.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37   Nonpriority creditor's name and mailing address

Benny Wong
409 Mercedes Ave

Pasadena, CA, 91107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 659.77

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 38   Nonpriority creditor's name and mailing address

Better Business Bureau
1112 S. Bascom Ave.
San Jose, CA, 95128-3507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 39   Nonpriority creditor's name and mailing address

Bill Winchester
2650 South Parkside Drive
Ontario, CA, 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,250.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 40   Nonpriority creditor's name and mailing address

Bo Kim
1919 W Coronet Ave Spc 31
Anaheim, CA, 92801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 41   Nonpriority creditor's name and mailing address

Bradley Comyns
3555 W Greentree Cir Apt A

Anaheim, CA, 92804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Zero Energy Contracting, Inc.                                   Case number (if known) 2:18-bk-12552
_____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.**42**  Nonpriority creditor's name and mailing address

Brandon Ferguson
22654 Collins St
Woodland Hills, CA, 91367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,000.01

---

3.**43**  Nonpriority creditor's name and mailing address

Breanna Medina
7118 Blossom Court

Pico Rivera, CA, 90660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

3.**44**  Nonpriority creditor's name and mailing address

Brenda Urtez
3612 Arabella St
Long Beach, CA, 90805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 5,065.37

---

3.**45**  Nonpriority creditor's name and mailing address

Brendan Ganch
1119 N Keystone St

Burbank, CA, 91506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

3.**46**  Nonpriority creditor's name and mailing address

BRIGHT BULBS ELECTRIC CO INC
1616 E Francis St
STE L
Los Angeles, CA, 91671

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 132,183.70

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.47 Nonpriority creditor's name and mailing address**

California Energy Solutions, Inc
21722 Verne Ave

Hawaiian Gardens, CA, 90716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.48 Nonpriority creditor's name and mailing address**

Calmet
PO Box 227
Paramount, CA, 90723

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.49 Nonpriority creditor's name and mailing address**

Capital One
P.O. Box 60599

Sioux Falls, SD, 57117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,171.54

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.50 Nonpriority creditor's name and mailing address**

Cara Lunsford
5616 Mammoth Ave
Van Nuys, CA, 91401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.51 Nonpriority creditor's name and mailing address**

Carlos Garcia
9020 Priscilla St
Downey, CA, 90242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.05

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Zero Energy Contracting, Inc.                                    Case number (if known) 2:18-bk-12552
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3. 52** Nonpriority creditor's name and mailing address

Carlos Garcia
1361 El Camino Real #303

Tustin, CA, 92780

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 53** Nonpriority creditor's name and mailing address

Celia Lopez
11850 161st St

Downey, CA, 90242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,454.85

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 54** Nonpriority creditor's name and mailing address

Chase
P.O. Box 94014

Palatine, IL, 60094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    0724

---

**3. 55** Nonpriority creditor's name and mailing address

Chase - Southwest
P.O. Box 15123
Wilmington, DE, 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 99,518.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 56** Nonpriority creditor's name and mailing address

Cheap-Batteries.com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address

Ching Leung
903 Bilton Way

San Gabriel, CA, 91776

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 110.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.58** Nonpriority creditor's name and mailing address

Christian Barahona
194 E South St
Long Beach, CA, 90805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,750.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.59** Nonpriority creditor's name and mailing address

Christianson Goens PLC
8161 E. Indian Bend Road
Suite 103
Scottsdale, AZ, 85250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.60** Nonpriority creditor's name and mailing address

Christina Villanueva

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.61** Nonpriority creditor's name and mailing address

Christine Martinez
10901 See Drive
Whittier, CA, 90606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Zero Energy Contracting, Inc.
_____
Name

Case number (if known) 2:18-bk-12552
_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Christopher Atlas
1524 Stanford St
Unit A
Santa Monica, CA, 90404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.63** Nonpriority creditor's name and mailing address

Christopher Roy

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,142.73

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.64** Nonpriority creditor's name and mailing address

Cindy Barrios
5144 Range View Ave
Los Angeles, CA, 90042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.65** Nonpriority creditor's name and mailing address

Citibank Visa
PO Box 6500

Sioux Falls, SD, 57117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.66** Nonpriority creditor's name and mailing address

Collective Printing and Marketing, LLC
2103 E Cedar Street
Suite 5
Tempe, AZ, 85281

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.** ⁶⁷    Nonpriority creditor's name and mailing address

Complete Business Marketing
29910 Murrieta Hot Springs G238
Murrieta, CA, 92563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ⁶⁸    Nonpriority creditor's name and mailing address

Complete Printing Solutions
11925 Los Nietos Road
Santa Fe Springs, CA, 90670

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ⁶⁹    Nonpriority creditor's name and mailing address

Consolidated Electrical Distributors, Inc.
P.O. Box 339

Rancho Cucamonga, CA, 91729

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 282,420.65

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ⁷⁰    Nonpriority creditor's name and mailing address

Corinne Combs
17312 Haynes St

Van Nuys, CA, 91406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ⁷¹    Nonpriority creditor's name and mailing address

Cynthia Ortega
13819 Premiere Ave

Bellflower, CA, 90706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Zero Energy Contracting, Inc. | | Case number *(if known)* 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.⁷²  Nonpriority creditor's name and mailing address**

Darlene Simpson
651 West Avenue J 10
Lancaster, CA, 93534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁷³  Nonpriority creditor's name and mailing address**

Dave Milot
5618 Pepperwood Ave
Lakewood, CA, 90712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁷⁴  Nonpriority creditor's name and mailing address**

Dave Parker
7840 East Ritchie Street
Long Beach, CA, 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,808.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁷⁵  Nonpriority creditor's name and mailing address**

David Hofseth
22 Morning Dove
Irvine, CA, 92604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,025.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁷⁶  Nonpriority creditor's name and mailing address**

David Perzynski
2174 Sea Ridge Drive

Long Beach, CA, 90755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,616.51

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77  Nonpriority creditor's name and mailing address**

David Ruiz
16301 Butterfield Ranch Rd
Unit11302
Chino Hills, CA, 91709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.78  Nonpriority creditor's name and mailing address**

Dayna Lingner
3699 Barnard Dr
Apt 733
Oceanside, CA, 92056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.79  Nonpriority creditor's name and mailing address**

Debra Carreon
1450 Burrero Way
Corona, CA, 92882

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.80  Nonpriority creditor's name and mailing address**

Desert Schools Federal Credit Union
P.O. Box 790408

Wyanet, IL, 61379

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26,155.58

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.81  Nonpriority creditor's name and mailing address**

Devon Lanni
7011 El Dorado Ave Unit D

Buena Park, CA, 90620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 718.82

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.<u>82</u>    Nonpriority creditor's name and mailing address**

DMV
P.O. Box 942894

Sacramento, CA, 94294-0894

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.<u>83</u>    Nonpriority creditor's name and mailing address**

Donald Craig Smith
1716 Pennyroyal Lane
Santa Rosa, CA, 95404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.<u>84</u>    Nonpriority creditor's name and mailing address**

Donald Smith
1716 Penny Royal Lane

Santa Rosa, CA, 95404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,905.24

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.<u>85</u>    Nonpriority creditor's name and mailing address**

ECO MODE HOMES.
4615 Sunnyslope Ave
Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.<u>86</u>    Nonpriority creditor's name and mailing address**

Ellen Senegal
1317 South Whitemarsh Ave
Compton, CA, 90220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,640.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| | |
|---|---|
| Debtor | Zero Energy Contracting, Inc. |
| | Name |

Case number (if known) 2:18-bk-12552

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 87   Nonpriority creditor's name and mailing address

Envirogreen Windows & Doors
1818 Flower Ave
Duarte, CA, 91010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 88   Nonpriority creditor's name and mailing address

ERE Inspections
PO Box 67
Redondo Beach, CA, 90277

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 89   Nonpriority creditor's name and mailing address

Eric Ingersoll-Crossman

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,677.99

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 90   Nonpriority creditor's name and mailing address

Erick A. Altman
13123 Rose Ave
Los Angeles, CA, 90066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 91   Nonpriority creditor's name and mailing address

Erika Romero
4207 E 54th St
Maywood, CA, 90270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,195.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* 2:18-bk-12552 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 92    Nonpriority creditor's name and mailing address

Erin Waldren
3521 Claremore Ave
Long Beach, CA, 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 6,050.00

---

**3.** 93    Nonpriority creditor's name and mailing address

EscPros LLC
9037 Arrow Rte., Ste 100

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 27,151.06

---

**3.** 94    Nonpriority creditor's name and mailing address

Esperanza Sa;dana
12537 Wright Road
Lynwood, CA, 90262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 932.51

---

**3.** 95    Nonpriority creditor's name and mailing address

FedEx
P.O. BOX 7221

Pasadena, CA, 91109-7321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3.** 96    Nonpriority creditor's name and mailing address

FERGUSON ENTERPRISES INC #1183
2750 SOUTH TOWNE AVE
POMONA, CA, 91766-6205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 97 **Nonpriority creditor's name and mailing address**

Franklin Patton
700 W 28th St.
Los Angeles, CA, 90007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 98 **Nonpriority creditor's name and mailing address**

Freshair Environmental Services, Inc.
10675 Rush Street

South El Monte, CA, 91733

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57,350.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 99 **Nonpriority creditor's name and mailing address**

Gary Woodcock
1233 West Hollowell Street

Ontario, CA, 91762

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 700.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 100 **Nonpriority creditor's name and mailing address**

Gerald L. Suk
12219 N Chama Dr
Fountain Hills, AZ, 85268

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 539,769.35

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 101 **Nonpriority creditor's name and mailing address**

Gift of Time
1736 Port Abbey

Newport Beach, CA, 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.__102__** Nonpriority creditor's name and mailing address

Harrison Black

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,022.35

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__103__** Nonpriority creditor's name and mailing address

Hector Colon Jr.
992 Fremont St

Pomona, CA, 91766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__104__** Nonpriority creditor's name and mailing address

Hector Ilescas
P.O. Box 292940
Phelan, CA, 92371

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,850.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__105__** Nonpriority creditor's name and mailing address

Heliodyne Corp
4910 Seaport Avenue
Richmond, CA, 94804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__106__** Nonpriority creditor's name and mailing address

Hernandez Lath & Plastering
1126 Gale St
Escondido, CA, 92027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| | | |
|---|---|---|
| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 107 **Nonpriority creditor's name and mailing address**

Home Depot
P.O. Box 790420
Saint Louis, MO, 63179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,291.39

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 108 **Nonpriority creditor's name and mailing address**

Hool Coury Law, Plc
2398 East Camelback Road
Suite 1020
Phoenix, AZ, 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 109 **Nonpriority creditor's name and mailing address**

Hop Luu
9302 Stanford Avenue
Garden Grove, CA, 92841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 110 **Nonpriority creditor's name and mailing address**

Image 2000
26037 Huntington Lane
Valencia, CA, 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 111 **Nonpriority creditor's name and mailing address**

In Wave
30220 Silver Ridge Court
Temecula, CA, 92591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 112  **Nonpriority creditor's name and mailing address**

Irma Mendez
2331 Addison Way
Los Angeles, CA, 90041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 113  **Nonpriority creditor's name and mailing address**

Isis Kangas
10101 Gaviota Ave
Los Angeles, CA, 90041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 990.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 114  **Nonpriority creditor's name and mailing address**

J.L. Ray Company, Inc
103 W Escalones
San Clemente, CA, 92672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 115  **Nonpriority creditor's name and mailing address**

Jack Smith
1346 Crescent Wood Loop

Lakeland, FL, 33813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,000.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 116  **Nonpriority creditor's name and mailing address**

Jade Johnson
340 W 33rd St
San Pedro, CA, 90731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,086.13

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.117  Nonpriority creditor's name and mailing address

Janet Jackson
505 El Centro Street
South Pasadena, CA, 91030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,771.00

---

3.118  Nonpriority creditor's name and mailing address

Jared Griner
7481 Edinger Ave #414
Huntington Beach, CA, 92647

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

3.119  Nonpriority creditor's name and mailing address

Jaron Raab
7057 Lanewood Ave Apt 202
Los Angeles, CA, 90028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

3.120  Nonpriority creditor's name and mailing address

Jenna Lavin
2570 Sidon Ave
La Habra, CA, 90631

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 465.00

---

3.121  Nonpriority creditor's name and mailing address

Jennifer Singh
137 E 61st St
Los Angeles, CA, 90003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

| Debtor | Zero Energy Contracting, Inc. | | Case number (if known) 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 122    Nonpriority creditor's name and mailing address**

Jerome Droll
201 Indianapolis Ave
Huntington Beach, CA, 92648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3. 123    Nonpriority creditor's name and mailing address**

Jessica Ortega
13819 Premiere Ave

Bellflower, CA, 90706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3. 124    Nonpriority creditor's name and mailing address**

Jhamahl Taylor
1231 E Michelle St
West Covina, CA, 91790

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3. 125    Nonpriority creditor's name and mailing address**

Jimmy's Construction Co
3739 E 15th Street
Long Beach, CA, 90804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3. 126    Nonpriority creditor's name and mailing address**

Jin Byon
13601 E. Whittier Blvd
Suite 205
Whittier, CA, 90605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 47,540.00

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 26 of 53

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **127**    Nonpriority creditor's name and mailing address

Joan Goulding
1749 Oakdale St

Pasadena, CA, 91107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 268.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **128**    Nonpriority creditor's name and mailing address

John Dittenhoefer
PO Box 1424
Nipomo, CA, 93444

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **129**    Nonpriority creditor's name and mailing address

John Graham
6539 Cleomoore Ave

West Hills, CA, 91307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 356.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **130**    Nonpriority creditor's name and mailing address

John Hopkinson
1863 Candle Lane
El Cajon, CA, 92019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **131**    Nonpriority creditor's name and mailing address

John Palma
13809 Lobelia Way
Hesperia, CA, 92344

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Zero Energy Contracting, Inc.                                    Case number (if known) 2:18-bk-12552
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the        Amount of claim
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

3.<u>132</u>    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $ 18,370.00
                                                                    *Check all that apply.*
Jonathan Rosales                                                    ☐ Contingent
Jonathan Rosales                                                    ☐ Unliquidated
P.O. Box 6033                                                      ☐ Disputed
Columbia, MD, 21045

                                                                    Basis for the claim: _____

                                                                    Is the claim subject to offset?
       Date or dates debt was incurred    _____           ☑ No
                                                                    ☐ Yes
       Last 4 digits of account number    _____

---

3.<u>133</u>    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $ Unknown
                                                                    *Check all that apply.*
Jose Carmona                                                        ☐ Contingent
11101 El Rey Drive                                                 ☐ Unliquidated
Whittier, CA, 90606                                                ☐ Disputed

                                                                    Basis for the claim: _____

                                                                    Is the claim subject to offset?
       Date or dates debt was incurred    _____           ☑ No
                                                                    ☐ Yes
       Last 4 digits of account number    _____

---

3.<u>134</u>    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $ 4,650.00
                                                                    *Check all that apply.*
Joseph Ahern                                                        ☐ Contingent
13045 Blodgett Ave                                                 ☐ Unliquidated
                                                                    ☐ Disputed
Downey, CA, 90242

                                                                    Basis for the claim: _____

                                                                    Is the claim subject to offset?
       Date or dates debt was incurred    _____           ☑ No
                                                                    ☐ Yes
       Last 4 digits of account number    _____

---

3.<u>135</u>    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $ Unknown
                                                                    *Check all that apply.*
Joseph Edwards                                                      ☐ Contingent
802 Knovill Ave #802                                               ☐ Unliquidated
                                                                    ☐ Disputed
Huntington Beach, CA, 92648

                                                                    Basis for the claim: _____

                                                                    Is the claim subject to offset?
       Date or dates debt was incurred    _____           ☑ No
                                                                    ☐ Yes
       Last 4 digits of account number    _____

---

3.<u>136</u>    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $ Unknown
                                                                    *Check all that apply.*
Joseph Power                                                        ☐ Contingent
1833 Peninsula Pl                                                  ☐ Unliquidated
Costa Mesa, CA, 92627                                              ☐ Disputed

                                                                    Basis for the claim: _____

                                                                    Is the claim subject to offset?
       Date or dates debt was incurred    _____           ☑ No
                                                                    ☐ Yes
       Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3. 137   Nonpriority creditor's name and mailing address

Joyce Fleming
1424 Zeiss St

Oceanside, CA, 92058

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

### 3. 138   Nonpriority creditor's name and mailing address

Juan Barajas
369 Conlon Ave

La Puente, CA, 91744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

### 3. 139   Nonpriority creditor's name and mailing address

Juan Villalobos

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

### 3. 140   Nonpriority creditor's name and mailing address

Julie Rounds
1750 Stanley Avenue

Placentia, CA, 92870

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41.03

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

### 3. 141   Nonpriority creditor's name and mailing address

Kaiser Permanente
File 5915

Los Angeles, CA, 90074-5915

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,110.64

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Zero Energy Contracting, Inc.                                    Case number (if known) 2:18-bk-12552
_____
Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3._142_** Nonpriority creditor's name and mailing address

Keith Malone
3766 Latrobe Street
Los Angeles, CA, 90031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,100.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3._143_** Nonpriority creditor's name and mailing address

Kelley Drye & Warren LLP
101 Park Ave

New York, NY, 10178

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 243,204.54

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3._144_** Nonpriority creditor's name and mailing address

Kenneth D. Arnold & Associates
13521 Telegraph Rd Suite A
Whittier, CA, 90605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3._145_** Nonpriority creditor's name and mailing address

Kenneth Uy
10055 Woodley Ave
North Hills, CA, 91343

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,300.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3._146_** Nonpriority creditor's name and mailing address

Kichman Engineering Associates
103 Old Furnace Road
Lebanon, PA, 17042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.147   Nonpriority creditor's name and mailing address**

Kimberly Webb
748 Miramar Drive

Fullerton, CA, 92831

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.148   Nonpriority creditor's name and mailing address**

Kings Cash Group
Attn: Underwriting
30 Broad Street, Suite 1201
New York, NJ, 10004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 101,998.45

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.149   Nonpriority creditor's name and mailing address**

Kristopher Bullard
1126 East Rustic Roaf
Escondido, CA, 92025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.150   Nonpriority creditor's name and mailing address**

Kyrielle Wilson
10916 Cord Ave
Downey, CA, 90241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,611.09

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.151   Nonpriority creditor's name and mailing address**

Lendr.online, LLC d/b/a/ Lendr, LLC
153 West Ohio
Chicago, IL, 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 372,500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** _152_  Nonpriority creditor's name and mailing address

Letha Alexander (Samuel Alexander)
625 E. Jackson St
Pasadena, CA, 91104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** _153_  Nonpriority creditor's name and mailing address

Liane Marciel
6130 Strickland Avenue

Los Angeles, CA, 90042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** _154_  Nonpriority creditor's name and mailing address

Lily Meryash
9901 W. Washington Blvd
Apt 614
Los Angeles, CA, 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** _155_  Nonpriority creditor's name and mailing address

Lloyd Harris
13529 Christian Barrett Drive
Moorpark, CA, 93021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** _156_  Nonpriority creditor's name and mailing address

Lori Bosi
1511 Oak Grove Drive
Los Angeles, CA, 90041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 620.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Zero Energy Contracting, Inc.
_____          Case number (if known) 2:18-bk-12552
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

3. 157  **Nonpriority creditor's name and mailing address**

Luis Baez
118 East Platt Street
Long Beach, CA, 90805

As of the petition filing date, the claim is:    $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 158  **Nonpriority creditor's name and mailing address**

M.E.I. Construction
22428 De Soto St

Grand Terrace, CA, 92313

As of the petition filing date, the claim is:    $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 159  **Nonpriority creditor's name and mailing address**

Madelyn Burns
757 S Armel Dr
Covina, CA, 91723

As of the petition filing date, the claim is:    $ 1,181.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 160  **Nonpriority creditor's name and mailing address**

Manuel Ortega
1504 Simplicity

Irvine, CA, 92620

As of the petition filing date, the claim is:    $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3. 161  **Nonpriority creditor's name and mailing address**

Maria Aguilar
7208 El Dorado Dr
Buena Park, CA, 90620

As of the petition filing date, the claim is:    $ 730.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 33 of 53

Debtor    Zero Energy Contracting, Inc.    Case number (if known) 2:18-bk-12552
_____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3. 162** Nonpriority creditor's name and mailing address

Maria Atkinson
1315 N Elmira St

Anaheim, CA, 92801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 163** Nonpriority creditor's name and mailing address

Maria Marker
13085 Cozzens Avenue

Chino, CA, 91710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 491.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 164** Nonpriority creditor's name and mailing address

Marie Leon

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,296.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 165** Nonpriority creditor's name and mailing address

Mark Fetter
10316 Chaney Ave
Downey, CA, 90241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 710.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3. 166** Nonpriority creditor's name and mailing address

Martha Lopez
1856 West Broadway
Anaheim, CA, 92804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3. 167** Nonpriority creditor's name and mailing address

Mary Forrest
16714 Morrison St
Encino, CA, 91436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

---

**3. 168** Nonpriority creditor's name and mailing address

Marylin Thompson
7977 Broadleaf Ave

Panorama City, CA, 91402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

---

**3. 169** Nonpriority creditor's name and mailing address

Maurice Berry
1711 N Greengrove St
Orange, CA, 92865

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 900.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

---

**3. 170** Nonpriority creditor's name and mailing address

Melanie Quijada
855 E Via Wanda
Long Beach, CA, 90805

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

---

**3. 171** Nonpriority creditor's name and mailing address

Meline Akashian
1028 Glenmere Road
Vista, CA, 92084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.** 172    Nonpriority creditor's name and mailing address

Michael Dilla
1107 Le Gray Avenue
Los Angeles, CA, 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 173    Nonpriority creditor's name and mailing address

Michael Grosser
12012 209th Street
Lakewood, CA, 90715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 174    Nonpriority creditor's name and mailing address

Michael Rodgers
7224 Leighton Drive

Corona, CA, 92880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 175    Nonpriority creditor's name and mailing address

Michiko Sakimoto
3947 Lewis Avenue

Long Beach, CA, 90807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 176    Nonpriority creditor's name and mailing address

Mike Macias
1344  Gulf Ave
Wilmington, CA, 90744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,600.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor   Zero Energy Contracting, Inc.
_____
Name

Case number (if known) 2:18-bk-12552
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** <sup>177</sup> Nonpriority creditor's name and mailing address

Minerva Tamayo
7672 El Redondo Circle

Buena Park, CA, 90620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,200.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <sup>178</sup> Nonpriority creditor's name and mailing address

Montes Trees Service, Inc.
720 Orchard Pl
La Habra, CA, 90631

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <sup>179</sup> Nonpriority creditor's name and mailing address

MOSS-ADAMS LLP
P.O. Box 101822

Pasadena, CA, 91189-1822

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <sup>180</sup> Nonpriority creditor's name and mailing address

Myers Electric Co.
425 W La Cadena
#21
Riverside, CA, 92501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 238,918.78

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <sup>181</sup> Nonpriority creditor's name and mailing address

National Benefit Services
8523 S. Redwood Rd

West Jordan, UT, 84088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___ 182  Nonpriority creditor's name and mailing address**

Nicole Hernandez
9437 Friendly Woods Lane

Whittier, CA, 90605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.___ 183  Nonpriority creditor's name and mailing address**

Nopprot Pantiyanurak
20290 E Arrow Hwy Apt A

Covina, CA, 91724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.___ 184  Nonpriority creditor's name and mailing address**

Nora Recinto
5439 Briercrest Avenue
Lakewood, CA, 90713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.00

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.___ 185  Nonpriority creditor's name and mailing address**

Offshore Construction
34281 Doheny Park Rd 2543

Capistrano Beach, CA, 92624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.___ 186  Nonpriority creditor's name and mailing address**

One LLP
4000 MacArthur Blvd

Newport Beach, CA, 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | Zero Energy Contracting, Inc. | | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.<u>187</u> **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ 300.00 |
|---|---|---|
| Osvaldo Valerio 9354 Felipe Avenue Montclair, CA, 91763 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Date or dates debt was incurred _____ Last 4 digits of account number _____ | | |

| 3.<u>188</u> **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ 22,050.00 |
|---|---|---|
| P.W. Stephens Environmental, Inc. 15201 Pipeline Lane Ste B Huntington Beach, CA, 92649 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Date or dates debt was incurred _____ Last 4 digits of account number _____ | | |

| 3.<u>189</u> **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|
| Paredes Proyects Construction 15510 Hayter Avenue Paramount, CA, 90723 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Date or dates debt was incurred _____ Last 4 digits of account number _____ | | |

| 3.<u>190</u> **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|
| Patrick J Sweeting 1515 E Katella Ave #3163 Anaheim, CA, 92805 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Date or dates debt was incurred _____ Last 4 digits of account number _____ | | |

| 3.<u>191</u> **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|
| Patriot Environmental Lab Services, Inc 1041 S Placentia Ave Fullerton, CA, 92831 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Date or dates debt was incurred _____ Last 4 digits of account number _____ | | |

Debtor    Zero Energy Contracting, Inc.
_____    Case number (if known) 2:18-bk-12552
           Name

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 192**  Nonpriority creditor's name and mailing address

Paul Hanson
9801 Jamaica Circle

Huntington Beach, CA, 92674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 193**  Nonpriority creditor's name and mailing address

Paul Matta
21181 Pala Foxia Place

Moreno Valley, CA, 92557

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 194**  Nonpriority creditor's name and mailing address

Paul Pucci
5800 Hamner Ave. SPC#642

Mira Loma, CA, 91752

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3. 195**  Nonpriority creditor's name and mailing address

Paychex Corporate Headquarters
911 Panorama Trail S.

Rochester, NY, 14625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    #1603-0901

---

**3. 196**  Nonpriority creditor's name and mailing address

Permit Runner
9880 N Magnolia Ave #119
Santee, CA, 92071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 40 of 53

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|--------|------------------------------|------------------------|----------------|
|        | Name                         |                        |                |

---

**Part 2:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 197   Nonpriority creditor's name and mailing address

Personal Energy Finance , Inc
15073 Avenue of Science

San Diego, CA, 92128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 460,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 198   Nonpriority creditor's name and mailing address

Plasmid Media, LLC
3597 E Monarch Sky Ln
Suite F-240
Meridian, ID, 83646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 199   Nonpriority creditor's name and mailing address

POWER-TEK ELECTRIC
2040 Emerald Way

Monterey Park, CA, 91755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 200   Nonpriority creditor's name and mailing address

Project Eco
8170 Ronson Rd., Ste A
San Diego, CA, 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 201   Nonpriority creditor's name and mailing address

ProMaterials Direct
4938 South Atlanta Rd Suite 600

Atlanta, GA, 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** <u>202</u>  **Nonpriority creditor's name and mailing address**

Purchase Power
P.O. Box 371874
Pittsburgh, PA, 15250-7874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** <u>203</u>  **Nonpriority creditor's name and mailing address**

Pure Health Solutions Inc
P.O Box 742647
Cincinnati, OH,

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** <u>204</u>  **Nonpriority creditor's name and mailing address**

Ralph Norris Lozano
34586 Camino Capistrano

Capistrano Beach, CA, 92624

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** <u>205</u>  **Nonpriority creditor's name and mailing address**

Randall Riedel
213 Forrester Rd

Los Gatos, CA, 95032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** <u>206</u>  **Nonpriority creditor's name and mailing address**

Raymond Martinez
1417 Granger Ave
Escondido, CA, 92027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 800.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    Zero Energy Contracting, Inc.                                Case number (if known)  2:18-bk-12552
          _____
          Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 207   Nonpriority creditor's name and mailing address

RC Roofing Company
9364 Lubec Street
Downey, CA, 90240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 28,037.41

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 208   Nonpriority creditor's name and mailing address

ReneSola
304 S. Jones Blvd.
Ste 1880
Las Vegas, NV, 89107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 209   Nonpriority creditor's name and mailing address

Rex Downing
3374 33rd Street
San Diego, CA, 92104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 900.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 210   Nonpriority creditor's name and mailing address

Ricardo Hart
2420 S. Park Ave

Pomona, CA, 91766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 211   Nonpriority creditor's name and mailing address

Richard Kim Construction
3209 Lynwood Road
Lynwood, CA, 90262

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 212 | **Nonpriority creditor's name and mailing address**

Robert Attianese
65 Meadow Valley

Irvine, CA, 92602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350,000.00

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 213 | **Nonpriority creditor's name and mailing address**

Robert Zive
15532 Wilson Street
Midway City, CA, 92655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 214 | **Nonpriority creditor's name and mailing address**

Roberto Sandoval
1148 Stanley Ave, Apt 5

Long Beach, CA, 90804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 215 | **Nonpriority creditor's name and mailing address**

Rochelle Reese
326 Gay St

Corona, CA, 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 216 | **Nonpriority creditor's name and mailing address**

Ron Schweitzer
4138 N Lyman Ave

Covina, CA, 91724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,975.00

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Zero Energy Contracting, Inc. | Case number *(if known)* | 2:18-bk-12552 |
|--------|-------------------------------|--------------------------|---------------|
|        | Name                          |                          |               |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.²¹⁷**   Nonpriority creditor's name and mailing address

Rosalba Manzo
12132 Robert Lane
Garden Grove, CA, 92840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.²¹⁸**   Nonpriority creditor's name and mailing address

RPW Services Inc
PO Box 2342

Fullerton, CA, 92837

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.²¹⁹**   Nonpriority creditor's name and mailing address

Ryan Hohman
5876 S Hatton Circle
Salt Lake City, UT, 84107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.²²⁰**   Nonpriority creditor's name and mailing address

Ryan Prendergast
3121 Carter Ave
Marina Del Rey, CA, 90292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.²²¹**   Nonpriority creditor's name and mailing address

S & W Roofing Corporation
15428 Elmcroft Ave

Norwalk, CA, 90650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

| Debtor | Zero Energy Contracting, Inc. | | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **222**  Nonpriority creditor's name and mailing address

S&M Cleaning Services
9441 Via Amorita
Downey, CA, 90241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___ **223**  Nonpriority creditor's name and mailing address

Sandra Partida
10620 S Burl Ave
Inglewood, CA, 90304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___ **224**  Nonpriority creditor's name and mailing address

Seabreeze Siding Window Company
1801 N. Orangethorpe Park
Anaheim, CA, 92801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,067.16

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___ **225**  Nonpriority creditor's name and mailing address

Shelly Robertson
4440  Falcon Ave
Long Beach, CA, 90807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.___ **226**  Nonpriority creditor's name and mailing address

SIERRA ROOF INC.
P.O. BOX 3189

Anaheim, CA, 92803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.227  Nonpriority creditor's name and mailing address**

Smart Circle International, LLC
4490 Von Karman Ave
Newport Beach, CA, 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,500.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.228  Nonpriority creditor's name and mailing address**

Smart Circle International, LLC
4490 Von Karman Ave

Newport Beach, CA, 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.229  Nonpriority creditor's name and mailing address**

Smart Systems Technologies Incorporated
9 Goodyear

Irvine, CA, 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.230  Nonpriority creditor's name and mailing address**

Southern California Edison
P.O. Box 300
Rosemead, CA, 91772

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,293.08

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.231  Nonpriority creditor's name and mailing address**

Spectrum Enterprise
Box 223085
Pittsburgh, PA, 15251-2085

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor    Zero Energy Contracting, Inc.
_____
Name    Case number (if known) 2:18-bk-12552

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.** <u>232</u> **Nonpriority creditor's name and mailing address**

Sphinx Security Services, INC
10642 Santa Monica Blvd., Suite 200

Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <u>233</u> **Nonpriority creditor's name and mailing address**

Spirit
P.O. Box 4181

Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,975.55

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <u>234</u> **Nonpriority creditor's name and mailing address**

Spying Eye Surveillance, Inc
4724 N Peck Rd.
Suite A
El Monte, CA, 91732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <u>235</u> **Nonpriority creditor's name and mailing address**

Starr Johnson
4546 W 16th Pl

Los Angeles, CA, 90019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** <u>236</u> **Nonpriority creditor's name and mailing address**

Stephen Brennick
400 N. Chapel Ave
Apt 211
Alhambra, CA, 91801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) 2:18-bk-12552 |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__237__  Nonpriority creditor's name and mailing address**

Strength Ocean
260 Cagney Lane
Unit 202
Newport Beach, CA, 92663

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

**3.__238__  Nonpriority creditor's name and mailing address**

Structural Materials
1201 E McFadden Ave

Santa Ana, CA, 92705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,368.34

**3.__239__  Nonpriority creditor's name and mailing address**

SupplyWorks
PO Box 742440

Los Angeles, CA, 90074-2440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

**3.__240__  Nonpriority creditor's name and mailing address**

TelePacific Communications
PO Box 509013
San Diego, CA, 92150-9013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

**3.__241__  Nonpriority creditor's name and mailing address**

Terry Grout
1106 South Wilson Drive
West Covina, CA, 91791

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100.00

---

| Debtor | Zero Energy Contracting, Inc. | Case number (if known) | 2:18-bk-12552 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.<u>242</u>** Nonpriority creditor's name and mailing address

The Core Group
4040 MacArthur Blvd Suite 210

Newport Beach, CA, 92662

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.<u>243</u>** Nonpriority creditor's name and mailing address

Time To Hire Corporation
1420 NW Gilman Blvd
Issaquah, WA, 98027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.<u>244</u>** Nonpriority creditor's name and mailing address

Towally J Marpel
13570 Del Sur Street
San Fernando, CA, 91340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 843.75

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.<u>245</u>** Nonpriority creditor's name and mailing address

TPX Communication
515 S. Flower St.
45th Floor
Los Angeles, CA, 90071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,848.25

Basis for the claim: Cable / Satellite Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.<u>246</u>** Nonpriority creditor's name and mailing address

Trademark-DB Corp
2100 M St NW, Ste 170, #330

Washington, DC, 20037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Zero Energy Contracting, Inc.                                      Case number (if known) 2:18-bk-12552
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 247   Nonpriority creditor's name and mailing address

Tyler Souza
1217 N Armel Dr
Covina, CA, 91722

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

$ Unknown

---

3. 248   Nonpriority creditor's name and mailing address

Verengo Solar
13825 Cerritos Corporate Dr Suite B
Cerritos, CA, 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

$ Unknown

---

3. 249   Nonpriority creditor's name and mailing address

Verizon
P.O. Box 660108
Dallas, TX, 75266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cable / Satellite Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

$ 4,035.38

---

3. 250   Nonpriority creditor's name and mailing address

Walter Esseling
13019 Sunnybrook Ln

La Mirada, CA, 90638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

$ 509.60

---

3. 251   Nonpriority creditor's name and mailing address

Wendy Johnson
1652 Garland Avenue
Tustin, CA, 92780

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

$ 1,300.00

---

Debtor    Zero Energy Contracting, Inc.        Case number (if known) 2:18-bk-12552
       Name

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 252**   Nonpriority creditor's name and mailing address

Wiegel, Szekel and Frisby
500 N State College Blvd Suite 1110
Orange, CA, 92868

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 253**   Nonpriority creditor's name and mailing address

Xavier Rodriguez
2425 W Hall Ave
Santa Ana, CA, 92704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 254**   Nonpriority creditor's name and mailing address

Zhao Cao
1851 Heidleman Road

Los Angeles, CA, 90032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. ____**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. ____**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Zero Energy Contracting, Inc.
_____
Name

Case number (if known) 2:18-bk-12552

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,778,835.28 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,778,835.28 |

Fill in this information to identify the case and this filing:

Debtor Name  Zero Energy Contracting, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known)    2:18-bk-12552

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule _____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ✗ _____

    MM / DD / YYYY    Signature of individual signing on behalf of debtor

    JOE POWER
    _____
    Printed name

    CEO    ( OO
    _____
    Position or relationship to debtor